**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6913**

─────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JAVIER PACHECO-ESTRELLA, a/k/a Elias Jaime,
a/k/a Jose Estrada Flores,

                                        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CR-00-259)

─────────────

Submitted:  September 6, 2002      Decided:  September 18, 2002

─────────────

Before WILKINS, MOTZ, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Javier Pacheco-Estrella, Appellant Pro Se. David Jay Ignall, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Javier Pacheco-Estrella seeks to appeal from the denial of his motion to reconsider and the underlying motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinions and conclude that Pacheco-Estrella has not made a substantial showing of the denial of a constitutional right.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We note that our review is confined to the issues raised in Appellant's informal brief, see 4th Cir. R. 34(b), which in this case were directed at the issues raised initially on reconsideration rather than in the underlying § 2255 motion.